FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>Curtis Antonio Douglas,<br><br>             Defendant. | Case No. 96-212-PA<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the __CDCA__ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A.  (✓) the appearance of defendant as required; and/or

   B.  (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _Criminal history; instant offense allegations_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _failure to appear history; criminal history_

IT IS ORDERED that defendant be detained.

DATED: 3/24/2023

                              HONORABLE JACQUELINE CHOOLJIAN
                              United States Magistrate Judge